# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

—————————————————

No. 1D17-0718

—————————————————

REGINALD A. WALKER,

Petitioner,

v.

FLORIDA DEPARTMENT OF
CORRECTIONS,

Respondent.

—————————————————

Petition for Writ of Certiorari — Original Jurisdiction.

March 13, 2018

PER CURIAM.

DENIED.

ROBERTS, ROWE, and WINOKUR, JJ., concur.

—————————————————

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

—————————————————

Reginald A. Walker, pro se, Petitioner.

Pamela Jo Bondi, Attorney General, Kenneth Steely, General Counsel, and Beverly Brewster, Assistant General Counsel, Department of Corrections, Tallahassee, for Respondent.